WEST END TRUST COMPANY, complainant,

*v.*

ROBERT WETHERILL et al., defendants.

[Submitted July 11th, 1910.   Decided November 14th, 1910.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Leaming.

*Mr. George Reynolds,* for the defendants.

*Messrs. Grey & Archer,* for the complainant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed by Vice-Chancellor Leaming in the court below.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, CONGDON—12.

*For reversal*—None.